419 A.2d 748

**COMMONWEALTH of Pennsylvania**

v.

**Steven L. PARKER, Appellant.**

Superior Court of Pennsylvania.

Argued Nov. 13, 1979.

Filed April 25, 1980.

</div>

Richard E. Goldinger, Butler, for appellant.

Robert F. Hawk, Assistant District Attorney, Butler, submitted a brief on behalf of the Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

PER CURIAM:

After appellant pleaded guilty to burglary and theft the lower court sentenced him to the State Correctional Institution at Camp Hill for a term not to exceed three years. When informed by an official at Camp Hill that the institution would not accept appellant under that sentence, the lower court, without notifying appellant, modified its sentence to provide for an indeterminate term as required under 61 P.S. § 485. The court's modification of the sentence without notice to appellant was an improper procedure. *See* 12 P.S. § 1032; *Commonwealth v. Horsman*, 239 Pa.Super. 534, 361 A.2d 433 (1976). Because of this improper procedure appellant's second sentence must be vacated. Moreover, because the officials at Camp Hill apparently will not accept appellant under the original sentence, that sentence too must be vacated as it will not serve the lower

court's announced purpose, *i. e.*, confinement of appellant at Camp Hill. *But see* 61 P.S. § 486.

Appellant's sentences are vacated and the case is remanded for resentencing.

HOFFMAN, J., concurs in the result.